Charles M. Roesch (pro hac vice)
Andrew B. Millar (pro hac vice)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Tel: (513) 977-8200
Fax: (513) 977-8141
Email: chuck.roesch@dinsmore.com
Email: drew.millar@dinsmore.com

Attorneys for Golden Gate LLC, GGNSC Administrative Services LLC, Hospice Preferred Choice, Inc.

Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
4771 Cromwell Avenue
Los Angeles, CA 90027
Tel: 323.962.3777
Fax: 323.962.3004
E-mail: aharris@harrisandruble.com
pmohan@harrisandruble.com

Attorneys for Plaintiff Rodney Smith

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| RODNEY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>GOLDEN GATE LLC, GGNSC ADMINISTRATIVE SERVICES LLC, HOSPICE PREFERRED CHOICE INC. and Doe One through and including Doe One-Hundred,<br><br>Defendants. | Case No.   1:13-cv-01319-AWI-MJS<br><br>**ORDER REGARDING THE PARTIES' STIPULATION TO PLAINTIFF'S FILING OF FIRST AMENDED COMPLAINT** |

# **ORDER**

The parties having submitted a Joint Stipulation to allow Plaintiff to file a First Amended Complaint, the Court orders the First Amended Complaint, attached as Exhibit 1 to the Notice of Lodging of First Amended Complaint, filed.

IT IS SO ORDERED.

Dated:   February 11, 2014              /s/ *Michael J. Seng*
                                                          UNITED STATES MAGISTRATE JUDGE