Charles M. Roesch (pro hac vice)
Andrew B. Millar (pro hac vice)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Tel:  (513) 977-8200
Fax: (513) 977-8141
Email: chuck.roesch@dinsmore.com
drew.millar@dinsmore.com

Attorneys for Golden Gate LLC, GGNSC Administrative Services LLC, Hospice Preferred Choice, Inc.

Alan Harris (SBN 146079)
Priya Mohan (SBN 228984)
HARRIS & RUBLE
4771 Cromwell Avenue
Los Angeles, CA 90027
Tel: 323.962.3777
Fax: 323.962.3004
Email: aharris@harrisandruble.com
pmohan@harrisandruble.com

Attorneys for Plaintiff Rodney Smith

# UNITED STATES DISTRICT COURT

## FOR THE   EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| RODNEY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>GOLDEN GATE LLC, GGNSC ADMINISTRATIVE SERVICES LLC, HOSPICE PREFERRED CHOICE INC. and Doe One through and including Doe One-Hundred,<br><br>Defendants. | Case No.    1:13-cv-01319-AWI-MJS<br><br>**JOINT STIPULATION TO EXTEND CONDITIONAL CLASS CERTIFICATION BRIEFING SCHEDULE AND ORDER**<br><br>*Hon. Michael J. Seng, United States Magistrate Judge*<br><br>Complaint filed: Aug. 19, 2013<br>Discovery Cut-off:  Dec. 19, 2014<br>Mot. for Conditional Class Cert.: Aug. 29, 2014<br>Mot. for Class Cert.:  Jan. 16, 2015<br>Status Conf.: May 15, 2015 |

1  Plaintiff Rodney G. Smith ("Plaintiff") and Defendants Golden Gate LLC,
2 GGNSC Administrative Services LLC and Hospice Preferred Choice, Inc.
3 ("Defendants") (collectively "the Parties") jointly request a brief continuance of the
4 conditional class certification briefing deadlines so they can focus on their ongoing
5 settlement negotiations prior to spending additional time and resources on discovery and
6 briefing.  As set forth in the concurrently filed Declaration of Alan Harris, the Parties
7 believe good cause exists for the requested continuance.  The parties have been involved
8 in settlement negotiations pertaining to this case as well as two related cases, <u>Carr v.
9 Beverly Health</u>, 9th Circuit Court of Appeals Case No. 14-15191 and <u>Veurink v. Beverly
10 Health and Rehabilitation Services, Inc.</u>, Sonoma County Superior Court Case No.: SCV
11 255496.  Class claims are at issue in each of the three cases and there is overlap among
12 the putative class members.

13  WHEREAS, Plaintiff's motion for conditional class certification is currently set to
14 be filed by August 29, 2014 and heard on November 7, 2014;

15  WHEREAS, the Parties are engaged in ongoing settlement negotiations pertaining
16 to this case as well as two related cases.  Accordingly, the Parties jointly request the
17 Court extend the deadline for the filing of Plaintiff's motion for conditional class
18 certification until October 28, 2014;

19  WHEREAS, the Parties further request that the Court extend the opposition
20 deadline until November 11, 2014, and the reply deadline until November 18, 2014;

21  NOW THEREFORE, the Parties jointly stipulate that, subject to the Court's
22 approval, the deadline for Plaintiff's motion for conditional class certification shall be
23 extended until October 28, 2014, the opposition deadline will be extended until
24 //
25 //
26 //
27 //
28

November 11, 2014, and the reply deadline will be extended until November 18, 2014. The hearing on these filings will be rescheduled for a date convenient to the Court.

**IT IS SO STIPULATED**

DATED: August 14, 2014                                DINSMORE & SHOHL

                                                                           _____
                                                                           Andrew B. Millar
                                                                           *Attorney for Defendants*

DATED: August 14, 2014                                HARRIS & RUBLE

                                                                           _____/s/ *Alan Harris*_____
                                                                           Alan Harris
                                                                           *Attorney for Plaintiff*

## ORDER

**PURSUANT TO THE ABOVE STIPULATION AND GOOD CAUSE APPEARING THEREFOR, IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   August 15, 2014                              /s/ *Michael J. Seng*
                                                                           UNITED STATES MAGISTRATE JUDGE