

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY SMITH, | CASE NO. 1:13-CV-1319 AWI MJS |
| Plaintiff | |
| v. | ORDER DIRECTING CLERK TO RETURN CORRESPONDENCE |
| GOLDEN GATE, LLC, et al., | |
| Defendants | |

On January 16, 2015, the Court received a handwritten correspondence from Plaintiff Rodney Smith. In the correspondence, Mr. Smith expresses his dissatisfaction with his current counsel and indicates that the undersigned spoke to him about the matter. Mr. Smith indicates that he is bedridden due to a fractured spine and concussion.

Mr. Smith's correspondence, which is attached to this order, is incorrect. The undersigned has not spoken to Mr. Smith about his case, his counsel, or any other topic. Further, because the docket shows that Mr. Smith is represented by attorneys, it is not appropriate for Mr. Smith to attempt to communicate with the Court by himself on an ex parte basis or to file items by himself. Plaintiff is advised that the Court will not accept personal correspondences or communications of any kind regarding his case, and that any communication with the Court is to be accomplished through his attorneys and in accordance with Court rules. With respect to the correspondence that has been received, the Court will order the Clerk to return it to Mr. Smith.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall return the attached correspondence to Plaintiff Rodney Smith.

_____     1-16-15
Anthony W. Ishii, Senior District Judge       Date