SAGASER, WATKINS & WIELAND PC
William M. Woolman (State Bar Number 145124)
Bill@sw2law.com
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Charles M. Roesch (*pro hac vice*)
Andrew B. Millar (*pro hac vice*)
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8200
Fax: (513) 977-8141
Email: chuck.roesch@dinsmore.com
Email: drew.millar@dinsmore.com

Attorneys for GGNSC Administrative Services LLC, Hospice Preferred Choice Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| RODNEY SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN GATE LLC, GGNSC ADMINISTRATIVE SERVICES LLC, HOSPICE PREFERRED CHOICE INC., and Doe One through and Including Doe One-Hundred.,<br><br>Defendants. | Case No.   1:13-cv-01319-AWI-MJS<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL OF ACTION**<br><br>Judge:  Hon. Anthony W. Ishii |

**ORDER**

The Court, having considered the papers on this Joint Motion, all other papers on file with the Court in this matter, and the law, and good cause appearing,

IT IS ORDERED:

1. Parties' settlement is APPROVED as a *bona fide* compromise of claims under the Fair Labor Standards Act; and

2. Plaintiff's claims are DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   May 31, 2015

SENIOR  DISTRICT  JUDGE